**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUDDLE CLONES, LLC.<br><br>Defendant. | Case No.: 25-CV-01837<br><br>Hon. Jeannette A. Vargas<br><br>NOTICE OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) |

**NOTICE OF DEFENANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Defendant Cuddle Clones respectfully moves this Court to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the grounds that Plaintiff lacks standing because she fails to plausibly allege a concrete injury-in-fact, has filed dozens of similar lawsuits against other online retailers, and has not credibly pled any genuine intent to return to the Cuddle Clones website; and, alternatively, because Plaintiff's claims for injunctive relief are moot given that any alleged barriers did not exist at the time of filing the Complaint and, importantly, do not exist now, such that no live controversy exists for this Court to resolve. Defendant further moves to dismiss under Rule 12(b)(6) for failure to state a claim, as Plaintiff cannot allege that Cuddle Clones operates a "place of public accommodation" within the meaning of Title III of the ADA, which the Second Circuit has not extended to purely online businesses, and this District has recently rejected similar claims consistent with the majority of federal circuit courts.

Respectfully submitted,

Dated: June 5, 2025

/s/ *Erik Dykema*
Erik Dykema

**Taylor Dykema, PLLC**
28 Wootton Road
Essex Fells, New Jersey 07021
erik@taylordykema.com
*Attorneys for Defendant*

John Di Giacomo (P73056)
Eric Misterovich (P73422)
Andrew Jurgensen (P81123)
**REVISION LEGAL, PLLC**
8051 Moorsbridge Rd.
Portage, Michigan 49024
T: (269) 281-3908
F: (231) 714-0200
john@revisionlegal.com
eric@revisionlegal.com
drew@revisionlegal.com
*Attorneys for Defendant*