

VIEW ALL  Custom Plush Clones ⌄  Custom Pajamas ⌄  Custom Clothing ⌄  Golf Headcover  Jewelry ⌄  Portraits ⌄

Portrait for One Pet
Portrait for Two Pets
Portrait for Three Pets
Framed Plush Portraits

Accessories ⌄

Custom Pet Face Socks
Custom Pet Stocking
Custom Blanket
Custom Coffee Mug
Custom Pillow
Custom Wrapping Paper
Custom Doormats

SEARCH    LOGIN    CART

★ ★ ★ ★ ★ 9,000+ 5 Star Reviews

# CUSTOM STUFFED ANIMALS DESIGNED TO MATCH YOUR PET

Cherish your bond forever with a handcrafted and personalized custom plush of your pet

CUSTOMIZE MY PLUSH CLONE

CBS    NBC    TODAY    USA TODAY

## OUR BEST SELLERS

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26
Archived on 2/18/26
This document is protected by copyright.
Further reproduction is prohibited without permission.









**PLUSH CLONES**

Your pet, perfectly handcrafted

**PET FACE PAJAMAS**

Cozy PJs with your pet's face

**CUSTOM JEWELRY**

Elegant jewelry with your pet

**CUSTOM PORTRAITS**

Art that celebrates your pet

T  NEW PRODUCT        NEW PRODUCT        NEW PRODUCT        NEW PRODUCT        NEW PRODUCT



**MEET YOUR NEW OBSESSION**

# THE CUSTOM CHARM NECKLACE IS HERE.

Fully customizable charm necklace paired with a custom-written story card about your pet

- ✓ Fully customizable design
- ✓ Includes custom-written pet tribute
- ✓ Waterproof & tarnish-proof materials
- ✓ Safe for sensitive skin
- ✓ 100% money-back guarantee

CUSTOMIZE NOW

Cited in Fernandez v Cuddle Clone Inc 25CV01837 Decided 2/12/26

Archived on 2/18/26

This document is protected by copyright. Further reproduction is prohibited without permission.











**Original Plush Cuddle Clone**
★★★★★ 4,000+ Reviews
~~$359.99~~ **$209.99**

**Golf Club Headcover**
★★★★★ 500+ Reviews
~~$349.99~~ **$199.99**

**Custom Bobblehead**
★★★★★ 69+ Reviews
~~$154.00~~ **$129.00**

**Plush Slippe**
★★★★★ 10
~~$249.00~~ - $399

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26

Archived on 2/18/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26
Archived on 2/18/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26

Archived on 2/18/26

This document is protected by copyright.
Further reproduction is prohibited without permission.









**Adult Custom Pet Face Pajamas**
⭐⭐⭐⭐⭐ 600+ Reviews
*from* $45.00

**Kids Custom Pet Face Pajamas**
⭐⭐⭐⭐⭐ 600+ Reviews
*from* $39.00

**Pet Face Jogger Pajamas**
⭐⭐⭐⭐⭐ 600+ Reviews
*from* $51.00

**Cartoon Pet**
⭐⭐⭐⭐⭐ 0 R
$45.00 -

CUSTOMIZE NOW

CUSTOMIZE NOW

CUSTOMIZE NOW

AD

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26

Archived on 2/18/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

# SHOP BY PRODUCT



**NIGHTGOWNS**



**JOGGER PAJAMAS**



**BLANKET HOODIES**



**BUTTON UP PAJAMAS**



**CUSTOM JEWELRY**



**CUSTOM SOCKS**



**EMBROIDERED HOODIES**



**CUSTOM MUG**

Cited in Fernandez v. Cuddle Clones Inc 25-cv-01837 Decided 2/12/26 Archived on 2/18/26. This document is protected by copyright. Further reproduction is prohibited without permission.

## Top Selling Products

Plush Clone
Golf Club Headcover
Slippers
Custom Pet Mug
Custom Pet Blanket

## Customer Service

How to Customize the Perfect Clone
My Account
Contact Us
FAQ
Policies
Privacy Notice
Do Not Sell or Share My Personal Data
Reviews
Terms of Use
Help Center
Track Your Order

## Company Information

About Us
Blog
Donations
Event Donations
Accessibility Statement
Accessibility Widget

© 2026 Cuddle Clones.

Cited in Fernandez v Cuddle Clones Inc
25CV01837 Decided 2/12/26

Archived on 2/18/26
This document is protected by copyright.
Further reproduction is prohibited without permission.