**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JACQUELINE FERNANDEZ, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CUDDLE CLONES, LLC.<br><br>Defendant. | Case No.: 25-CV-01837<br><br>Hon. Jeannette A. Vargas<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Jacqueline Fernandez ("Plaintiff") and Defendant Cuddle Clones, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby jointly move this Court under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for an Order dismissing this action with prejudice as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action with prejudice;
2. The Parties agree each Party is individually responsible for its own attorney fees and costs and no costs are to be award to any Party; and
3. Each undersigned representative of the Parties certifies the he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation and Dismissal.

IT IS SO STIPULATED THIS 6th day of March, 2026.

/s/ *Rami Salim*
Rami Salim
Stein Saks, PLLC

/s/ *John Di Giacomo*
John Di Giacomo
Revision Legal, PLLC

One University Plaza
Suite 620
Hackensack, NJ 07601
(201) 282-6500
rsalim@steinsakslegal.com

444 Cass St.
Suite D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com